ACCEPTED
14-14-00004
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/13/2015 4:49:04 PM
CHRISTOPHER PRIN
CLERK

# LAW OFFICE OF BRITTANY CARROLL LACAYO

212 STRATFORD ST.
HOUSTON, TEXAS 77006
WWW.CRIMINALDEFENSEATTORNEYINHOUSTON.COM

BRITTANY CARROLL LACAYO
brittany@bcllawfirm.com

713.504.0506
FAX 832.442.5033

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/13/2015 4:49:04 PM

CHRISTOPHER A. PRINE
Clerk

January 13, 2015

Christopher A. Prine, Clerk of Court
Court of Appeals – Fourteenth Court
301 Fannin, Suite 245
Beaumont, Texas 77701

Re:    *Octaviano Isralel Sanchez;* **Court of Appeals Numbers: 14-14-00003-CR, 14-14-00004-CR & 14-14-00005-CR**

Dear Clerk:

The above causes have been reset for submission and oral argument on January 22, 2015 at 1:30 p.m. Please note that Mrs. Brittany Carroll Lacayo will be presenting oral argument for the above referenced causes.

If you have any questions, please do not hesitate on calling our office. Thank you for your assistance in this matter.

Sincerely,

*Brittany Carroll Lacayo*

Brittany Carroll Lacayo